**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Giselle C. Faure,

                    Plaintiff,                          22 **CIVIL** 1571 (KHP)

        -v-                                              <u>**JUDGMENT**</u>


Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 7, 2023, Plaintiff's motion for judgment on

the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED.

This case is remanded for reconsideration by the ALJ consistent with the opinion; accordingly,

the case is closed.

**Dated:**  New York, New York
        August 7, 2023


                                        **RUBY J. KRAJICK**
                            _____
                                        **Clerk of Court**

                                        K. Mango
                    **BY:**
                            _____
                                        **Deputy Clerk**